FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 15 AM 11: 11

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DEMIENTIEFF, III,<br><br>Defendant. | NO. A00-0056-02 CR (HRH)<br><br>**MOTION ON SHORTENED TIME TO SUSPEND HALFWAY HOUSE CONDITION FOR FOURTEEN DAYS** |

       Michael Demientieff, III, asks this court for an order on shortened time to suspend the halfway house condition for fourteen days because his mother passed away on December 8, 2005. Mr. Demientieff is asking for this offer so that he can be with his family for a short period of time to share their grief without being restricted by the curfews set by the halfway house. Mr. Demientieff understands that if this request is granted he must return to the halfway house at the end of the fourteen-day period and further that his ultimate release from the halfway house would be extended by fourteen days.

H/R
269

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

Dated at Anchorage, Alaska this 15th day of December 2005.

Respectfully submitted,

KEVIN F. McCOY
Assistant Federal Defender

Certification:
I certify that on December 15, 2005,
I hand delivered a copy of this document to:

Stephan Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Michael Pentangelo
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

Karolyn Miller

2

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DEMIENTIEFF, III,<br><br>Defendant. | NO. A00-0056-02 CR (HRH)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.  I am the attorney for Michael Demientieff.

2.  On August 2, 2005, this court filed its second amended judgment. The court revoked supervised release, imposed a credit for time served sentence, and modified the conditions of supervision to require the first six months of the 30-month term of supervised release to be served in a halfway house.

3. That order has been implemented and Mr. Demientieff is currently in the Cordova Center.

4. Since placement at the Cordova Center, Mr. Demientieff obtained employment with Giant Don's Carpet Center. He works Wednesdays through Sundays from 10:00 a.m. through 7:00 p.m. and seems to be doing well.

5. Mr. Demientieff's mother, Julia Tabios, has been gravely ill. Her conditions worsened and she passed away on December 8, 2005.

6. As her condition worsened, Mr. Demientieff asked the probation service to suspend the halfway house placement for fourteen days so that he could be with his mother and his family and produced a letter verifying her condition. *See* Tab A (letter from Dr. Ian Carroll).

7. The probation service indicated a willingness to approach the court to suspend the halfway house requirement for a short period of time to accommodate Mr. Demientieff's circumstances.

8. Since his mother passed, the probation service is amenable to a lesser period of suspension so that Mr. Demientieff be with his family to share in their grief – but not the fourteen days that he is requesting. Consequently, the probation service referred him to his counsel.

9. Accordingly, the purpose of this motion is to ask the court to suspend the halfway house requirement for fourteen days. If this request is granted, Mr. Demientieff would be required to continue to comply with all other conditions of supervision and would have to return to the halfway house at the end of the fourteen-day period. Mr. Demientieff understands

the condition would only be suspended for fourteen days and he would still have to serve a total of six months in the halfway house.

10.   During the proposed fourteen-day suspension, Mr. Demientieff would be available to support his stepfather, Deventi Tabios, and his step-siblings, ten-year-old Arthur Tabios, and sixteen-year-old Sophie Tabios. He would reside with Brittany Van Dyke and his own children.

11.   For all these reasons, Mr. Demientieff asks the court to suspend the halfway house condition for fourteen days.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 15th day of December 2005.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

3