

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   MICHAEL DEMIENTIEFF, III

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                              CASE NO. A00-0056-02 CR (HRH)

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 15, 2005

| | |
|---|---|
| **XXX** | Pursuant to D.Ak.LMR 2, the motion at document No. 269 is hereby referred to Magistrate Judge Roberts for a report and recommendation. |
| _____ | Pursuant to D.Ak.LMR 2, matters pertaining to enforcing a judgment are hereby referred to Magistrate Judge . |
| _____ | Pursuant to D.Ak.LMR 2, the above-referenced case is hereby referred to Magistrate Judge  for all pretrial disposition or findings and recommendations. |

A00-0056--CR (HRH)   12-15-05

K. MCCOY (FPD)
S. COLLINS (US ATTY)
US PROBATION

MAGISTRATE JUDGE ROBERTS

[ ]

270