

**FILED**
DEC 1 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   MIKE DIMIENTIEFF III

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                    CASE NO. A00-0056-2CR (HRH)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 16, 2005

   Government shall file a response, if any, to defendant's motion on shortened time to suspend halfway house condition for fourteen days, Clerk's Docket No. 269, by close of business December 20, 2005.


USA tc notified 12/16/05


A00-0056-CR (HRH)  mm 12-16-05
-------------------------------------
✓ K. MCCOY (FPD)
✓ J. COLLINS (US ATTY)

[]{IA.WPD*Rev.12/96}

271