FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 2: 16

TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. A00-056 CR (HRH) |
| Plaintiff, | ) |
| vs. | ) OPPOSITION TO MOTION ON<br>) SHORTENED TIME TO SUSPEND<br>) HALFWAY HOUSE |
| MICHAEL DEMIENTIEFF, III, | ) CONFINEMENT FOR TWO<br>) WEEKS |
| Defendant. | ) |

Michael Demientieff, III, the defendant has moved this court to suspend his period of confinement at the halfway house following his violations of supervised release. The United States Probation Office has responded to that motion in writing. After reviewing the United State Probation Office's response and the

272

reasoning in support of its response, the United States opposes Demientieff's motion for the same reasons the United States Probation Office opposes the motion. The court should therefore deny the motion.

RESPECTFULLY SUBMITTED this day, December 20, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*[signature]*
STEPHAN A. COLLINS
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the
following counsel of record on December 20, 2005, via:

FPD drop box
Kevin McCoy
550 W 7th Ave. Suite 1600
Anchorage, Ak 99501

Executed at Anchorage, Alaska, on December 20, 2005
*[signature]*
Legal Secretary
Office of the U.S. Attorney