**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

   UNITED STATES OF AMERICA    v.   MICHAEL DEMIENTIEFF, III 

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                       CASE NO.  3:00-cr-00056-HRH 

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 19, 2006

  **INITIAL APPEARANCE** on petition to revoke supervised release in the above-captioned case is hereby set for **Wednesday, February 22, 2006, at 10:30 a.m.,** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}