RECEIVED ENTERED

RECEIVED
FEB 16 2006 U.S. MARSHALS SERVICE
ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

US DISTRICT COURT
ANCHORAGE
ANCHORAGE ALASKA JUN 20 PM 2: 11

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

V.

Case Number: 3:00-cr-0056-HRH

Michael Demientieff

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.  Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse 222 W. 7th Avenue Anchorage, Alaska  99513 | Courtroom 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time 10:30 a.m.; February 22, 2006 |

To answer a(n)
[ ] Indictment   [ ] Information   [] Complaint   [] Violation Notice   [XXX] Supervised Release Violation Petition

Charging you with a violation of:

Title  United States Code, Section(s)

Brief description of offense:
Violation of a mandatory condition of supervised release and a violation of a special condition of supervised release.

Ida Romack, Clerk of Court
Signature of Issuing Officer

January 19, 2006; Anchorage, Alaska
Date and Location

by _Pamela R. Fuht_   Deputy Clerk
Name and Title of Issuing Officer

**NOTICE**:  If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel.  In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

## RETURN OF SERVICE

Service was made by me on:[1]                    Date   2/13/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:  Probation (U.S).
   222. W 7th Ave

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable
   age and discretion then residing therein and mailed a copy of the summons to the defendant's last
   known address.  Name of person with whom the summons was left: _____

   _____

☐ Returned unexecuted: _____

   _____

   _____

   _____

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the Return of Service is true and correct.

Returned on:  2/13/06                    Randy M Johnson
              Date                       Name of United States Marshal


                                         (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.