```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  MIKE DEMIENTIEFF           CASE NO.  3:00-cr-00056-HRH
Defendant: X Present X On Summons

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN CARTER

UNITED STATES' ATTORNEY:        STEPHAN COLLINS

DEFENDANT'S ATTORNEY: MIKE DIENI FOR KEVIN MCCOY- APPOINTED

U.S.P.O.:                       ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 2/22/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:43 a.m. court convened.

X Copy of petition given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
  X Federal Public Defender accepted appointment; FPD notified.

X PLEA(S): Defendant denied the allegations of the petition.

X Consent to be filed by  **2/24/06** or case shall be transferred to
  a U.S. District Judge.

X Order Setting Conditions of Release **FILED**.

At 11:04 a.m. court adjourned.


DATE: February 22, 2006       DEPUTY CLERK'S INITIALS:   rc