IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
        vs.                     )
                                )
MICHAEL DEMIENTIEFF, III (D-02) )
                                )   No. 3:00cr0056-HRH
                Defendant.      )
_____)
```

O R D E R

Motion to Suspend

Defendant moved for an order suspending his halfway house condition of supervised release for a period of two weeks.[1] On December 22, 2005, the assigned magistrate judge recommended that the motion be denied.[2]

Unfortunately, this matter came to the district court at a time when the assigned judge was out of the district until the new year. At that time, the undersigned did not recognize the significance of the instant recommendation because it had been docketed as an "initial report and recommendation," which implied that there was a final report to follow. The recommendation did not contemplate a final report.

---

[1] Clerk's Docket No. 269.

[2] Clerk's Docket No. 273.

Having now considered the matter, the court supposes that the instant motion has probably become moot; but, in any event, the court concurs in the recommendation of the magistrate judge that the motion be denied.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>23rd</u> day of February, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge
