Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DEMIENTIEFF, III,<br><br>　　　　　　Defendant. | Case No. 3:00-cr-0056-02-HRH<br><br>**CONSENT TO EVIDENTIARY HEARING BEFORE MAGISTRATE JUDGE** |

　　　　Michael Demientieff, III, hereby consents to the evidentiary hearing on the petition to revoke supervised release at Docket No. 274 before the assigned Magistrate Judge.

　　　　DATED at Anchorage, Alaska this 23rd day of February, 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Kevin F. McCoy
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　Alaska Bar No. 7705042
　　　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　　907-646-3400
　　　　　　　　　　Fax:　　　　907-646-3480
　　　　　　　　　　E-Mail:　　　kevin_mccoy@fd.org

Certification:

I certify that on February 23, 2006, a copy of the foregoing document was served electronically on:

Stephan A. Collins, Esq.

s/Kevin F. McCoy