**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

 UNITED STATES OF AMERICA   v.   MIKE DEMIENTIEFF, III 

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                CASE NO.  3:00-cr-00056-HRH 

 Pam Richter 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 6, 2006


        A disposition hearing on the petition to revoke

supervised release is hereby scheduled to commence on Friday,

March 10, 2006, at 9:00 a.m..

[]{IA.WPD*Rev.12/96}