## UNITED STATES DISTRICT COURT
### District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MICHAEL DEMIENTIEFF, III | **2ND AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 02/28/2001)<br>Case Number: 3:00-cr-00056-02-HRH<br>Kevin McCoy<br>Defendant's Attorney |

Defendant's probation officer filed a petition on __01/19/2006__ accusing defendant of _2_ violations of the conditions of supervision provided in the original judgment. Defendant _admitted allegations 1-2_. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Use of Controlled Substance | 9/17/05 | C |
| 2 | Special | Serve 6 months in a Community Confinement Facility | 1/11/06 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through __2__ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 10, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

3/10/06
Date

AO245.REV

Defendant: MICHAEL DEMIENTIEFF, III                  2ND Amended Judgment--Page 2 of 2
Case No.: 3:00-cr-00056-02-HRH

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [X] having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __NO TERM OF INCARCERATION TO SERVE__.
    NO TERM OF SUPERVISED RELEASE TO FOLLOW

[_]   The court makes the following recommendations to the Bureau of Prisons:


[ ]   The defendant is remanded to the custody of the United States Marshal.

[_]   The defendant shall surrender to the United States Marshal for this district,
                        a.m.
      [_] at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_] before 2 p.m. on _____.
      [_] as notified by the United States Marshal.
      [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.


                                        _____
                                        United States Marshal

                                        By _____
                                            Deputy Marshal

AO245.REV